688 A.2d 168

**Hiren S. GALA, Petitioner,**

v.

**Ralph HAMILTON, M.D., and Michael S. O'Connor, M.D., Respondents.**

Supreme Court of Pennsylvania.

Jan. 27, 1997.

Daniel L. Thistle, Philadelphia, for Petitioner.

## *ORDER*

PER CURIAM:

AND NOW, this 27th day of January, 1997, the Petition for Allowance of Appeal is hereby **GRANTED** but **LIMITED** to:

Whether medical literature supporting the view presented by a defendant must be presented to justify a "two schools of thought" instruction?